UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICIA L. SLAPAK,              )
                                 )
        Plaintiff                )
                                 )  Case No. 3:12-1176
v.                               )  Judge Trauger/Brown
                                 )  **Jury Demand**
TIGER MANAGEMENT GROUP, LLC,     )
                                 )
        Defendant                )

### ORDER AND RECOMMENDATION

An additional discussion was held with the parties in this matter on November 22, 2013, to see if a settlement could be reached. Unfortunately a resolution satisfactory to both parties could not be reached.

The parties advised that they had some outstanding written discovery that had not been completed in the hope that the case could be resolved. The parties conferred and jointly request that the scheduling order (Docket Entry 11) be amended to provide that written discovery be completed by **December 3, 2013**; dispositive motions be filed by **December 13, 2013**; responses will due **January 12, 2015**; and replies will be due **January 21, 2014**. The parties are reminded that if there are disputes over the written discovery responses they must confer with Judge Trauger about the matter. The Magistrate Judge **RECOMMENDS** the scheduling order be so amended.

The parties are advised that the Magistrate Judge remains available to assist if the parties feel additional discussion would be useful at a later date.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2