# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA L. SLAPAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1176 |
| | ) | Judge Trauger |
| TIGER MANAGEMENT GROUP, LLC, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon the recommendation of the Magistrate Judge following an unsuccessful settlement conference (Docket No. 19), it is hereby **ORDERED** that the fact discovery deadline is **EXTENDED** to December 3, 2013, and dispositive motions shall be filed by December 13, 2013, with responses due January 12, 2014 and replies, January 21, 2014.

It is so **ORDERED**.

ENTER this 25th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge