UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA L. SLAPAK, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-1176 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| TIGER MANAGEMENT GROUP, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the court is a Motion to Strike the Plaintiff's Statement of Facts (Docket No. 38) filed by defendant Tiger Management Group, LLC, to which the plaintiff, Patricia L. Slapak, has filed a Response in opposition (Docket No. 41). Contrary to the defendant's assertion, the plaintiff did not require leave of the court to file her additional statement of material facts. *See* Local Rule 56.01(c) ("In addition, the non-movant's response may contain a concise statement of any additional facts that the non-movant contends are material."). However, the court agrees that the plaintiff's Statement of Facts (Docket No. 29) is anything but concise and, in some respects, will be difficult to respond to. Nevertheless, in the interest of a timely disposition of the pending dispositive motion, the defendant's Motion to Strike is **DENIED**, and the defendant is ordered to respond to the plaintiff's Statement of Facts by February 11, 2014.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge