# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA L. SLAPAK, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:12-cv-1176** |
| | ) | **Judge Trauger** |
| v. | ) | |
| | ) | |
| TIGER MANAGEMENT GROUP, | ) | |
| LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 21) is **GRANTED**, and the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 26th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge

1